Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001207
06-FEB-2015
11:03 AM

NO. CAAP-14-0001207

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MNA KAHUKU, LLC, a Hawaii limited
liability company, Movant-Appellee, v.
KAHUKU HOLDINGS, LLC, a Delaware limited
liability company, and FIRST WIND KAHUKU HOLDINGS, LLC,
a Delaware limited liability company, Respondents-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P. NO. 14-1-0043(1))

ORDER APPROVING THE JANUARY 20, 2015
STIPULATION TO DISMISS APPEAl WITH PREJUDICE
(By: Nakamura, Chief Judge, Foley and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal With Prejudice, filed January 20, 2015, by Respondents-Appellants Kahuku Holdings, LLC, and First Wind Kahuku Holdings, LLC, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42; (3) the parties agree to bear their own attorney's fees and costs on appeal; (4) the appeal was docketed on December 22, 2014; and (5) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own attorney's fees and costs on appeal.

DATED: Honolulu, Hawai'i, February 6, 2015.

Chief Judge

Associate Judge

Associate Judge